IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 26 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01178-MSK-PAC

SEAN RIKER,

    Plaintiff,

v.

BUREAU OF PRISONS, Director, HARLEY LAPPIN, and
SOUTHEAST REGION, Director, RAY HOLT,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: July 18th, 2005

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01178-MSK-PAC

Sean Riker
Reg. No. 05846-081
FCI – Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

Harley Lappin, Director – CERTIFIED
Bureau of Prisons
320 First Street, North West
Washington D.C.  20534

Ray Holt, Director – CERTIFIED
Southeast Regional Office
Southeast Region Bldg. 2000
3800 Camp Creek Pkwy, S.W.
Atlanta, GA 30331-6226

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
HAND DELIVERED


    I hereby certify that I have mailed a copy of the ORDER, AMENDED COMPLAINT FILED 7/6/05, SUMMONS, AND CONSENT FORM  to the above-named individuals on  7/26/05  .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

