IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No.  05-cv-01178-MSK-PAC

SEAN RIKER,

        Plaintiffs,

v.

BUREAU OF PRISONS, Director, HARLEY LAPPIN, and
SOUTHEAST REGION, Director, RAY HOLT,

        Defendants.

_____

## ORDER DIRECTING RESPONSE
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion For Court Order for Solitary Confinement **(# 4)**, and Motion for Expedited Ruling **(# 9)**.

The Defendants shall file a response to said motions on or before **August 9, 2005**.

Dated this 28th day of July, 2005

                                    **BY THE COURT:**

                                  */s/ Marcia S. Krieger*
                                  _____

                                  Marcia S. Krieger
                                  United States District Judge