IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01178-MSK-PAC

SEAN RIKER,

  Plaintiffs,

v.

BUREAU OF PRISONS, Director, HARLEY LAPPIN, and
SOUTHEAST REGION, Director, RAY HOLT,

  Defendants.
_____

**ORDER DIRECTING SEALING OF COMPLAINT AND AMENDMENT OF CAPTION**
_____

  **THIS MATTER** comes before the Court pursuant to the Defendants' Motion to Seal **(# 13, 14)**. The Plaintiff *pro se* commenced this action by filing a Complaint **(# 2)** that, upon cursory review, appears to contain information of a sensitive nature. The Plaintiff has subsequently filed several additional documents **(# 4, 9)** that contain similar information. These documents were not filed under seal. Upon reviewing the Plaintiff's filings, the Defendant has moved that these documents be sealed.

  Pursuant to D.C. Colo. L. Civ. R. 7.2(C), the Court directs that the documents filed at Docket # **2**, **4**, and **9** be **SEALED** pending determination of the Defendants' Motion to Seal. Furthermore, upon the observation that the Defendants' Motion to Seal does not reveal sensitive information, and must be posted for public review pursuant to D.C. Colo. L. Civ. R. 7.2(B) and (D), that Motion **(# 13)** shall be **UNSEALED** and posted for public review as provided for by the Court's Local Rules.

  The Court notes that, within the Court's Case Management system, the case bears a

caption of *Riker v. No Named Defendant*, apparently as a result of the Plaintiff not using the front page of the form *pro se* Complaint. The Court directs that the Clerk **AMEND** the caption contained in the Case Management system to hereafter reflect the caption used on this Order.

Dated this 4th day of August, 2005

**BY THE COURT:**

Marcia S. Krieger
United States District Judge