IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01178-MSK-PAC

SEAN RIKER,

        Plaintiffs,

v.

BUREAU OF PRISONS, Director, HARLEY LAPPIN, and
SOUTHEAST REGION, Director, RAY HOLT,

        Defendants.

---

## ORDER DISMISSING AND CLOSING CASE

The Court, having reviewed the Stipulated Motion to Dismiss with Prejudice **(#31)** jointly filed by Plaintiff Sean Riker and and Respondents, and being fully advised of its premises, hereby GRANTS the Motion to Dismiss with Prejudice and

ORDERS that pursuant to Fed. R. Civ. P. 41(a), the above-captioned action shall be dismissed with prejudice, with each party to pay its own costs and attorney's fees. The clerk shall close the case.

DATED this 31st day of October, 2005.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge