FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2023

JEFFREY P. COLWELL
CLERK

Sept. 8th, 2023

Dear Clerk of Court,

I hope you are having a great day. I send to you vibes of serenity. I come to you today with a form request:

- On Lexis Nexis and WestLaw are two cases that are going to get me killed due to the content. Cases Riker v. Lappin 05-cv-01178-MSK-PAC and Riker v. Federal Bureau Of Prisons, Harley Lappin entry no. 08-1123

These cases misidentify me as a "confidential informant" and an inmate seeking "protective custody."

- May I please have the form "Redaction Of Transcript" so that I can get these terms removed from public view?

If such a form does not exist how do I get these redactions without exacerbating matters/entries? I don't have the wherewithal to hire an attorney.

Thank you for your time.

Sincerely,

Sean Riker #567232
WSPF POB 1000
Boscobel, WI:
53805

Sean Riker #567232
WSPF POB 1000
Boscobel, WI. 53805

LEGAL MAIL

MILWAUKEE WI 530

8 SEP 2023   PM 2   FOREVER USA

Clerk Of Court
Alfred A. Arraj Courthouse
Room A-105
901 19th Street
Denver, Colorado
80294-3589

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**SEP 11 2023**

JEFFREY P. COLWELL
CLERK

THIS LETTER HAS BEEN
MAILED FROM THE
WISCONSIN PRISON SYSTEM

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

567232

0907 23