IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Sean Riker, Plainiff,

vs.

Case: 05-cv-01179-MSK-PAC

Harley Lappin, et alli, Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 14 2023

JEFFREY P. COLWELL
CLERK

MOTION FOR LEVEL 1 RESTRCTED ACCESS

Comes Now, Sean Riker, Plaintff, pro se moving this Court to restrict access to attached motion until a ruling can be made under Level 1 Restricted Access D.C.COLO.L.CrR 47.1. (Restrict access to the attached motion AND attachments.)

Executed this 10th day of September, 2023

Sean Riker #567232
WSPF POB 1000
Boscobel, WI.
                53805




Sean Riker #567232
WSPF POB 1000
Boscobel, WI. 53805

LEGAL MAIL

US POSTAGE ℔ PITNEY BOWES
ZIP 53805
02 7H
0001316574
$ 000.24⁰
SEP 11 2023

567232

CLERK OF COURT
ALFRED A. ARRAJ COURTHOUSE, ROOM A-105
901 19th STREET
DENVER, COLORADO
80294-3589

FOREVER USA
Barn Swallow
LEGAL MAIL

THIS LETTER HAS BEEN MAILED FROM THE WISCONSIN PRISON SYSTEM

MSPF TORU

FSC MIX Envelope FSC® C137131